FILED

07 FEB 27  AM 10: 51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant.<br><br>BROADCOM CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Counterdefendant. | No.: 05-CV-1662 B (AJB)<br>No.: 06-CV-692B (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge:    The Honorable Rudi M. Brewster |
|---|---|

1  Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(c), the parties have jointly
2  moved to dismiss all claims and counterclaims in these actions with prejudice, with each party
3  bearing its own costs and fees. This dismissal specifically includes 05-CV-1662 B (AJB) ("the
4  1662 case") and 06-CV-692 B (AJB) that was consolidated with the 1662 case by Order of this
5  Court dated April 12, 2006. The motion is GRANTED.

6

7  IT IS SO ORDERED.

8

9

10  Dated: 2-26-07                    _____
11                                     The Honorable Rudi M. Brewster
                                       UNITED STATES DISTRICT COURT JUDGE

1

ORDER GRANTING JOINT MOTION                                         05-CV-1662 B (AJB)
TO DISMISS WITH PREJUDICE